[No. 20725–3–I. Division One. January 23, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH JAMES WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 86–1–00513–0, Marshall Forrest, J., entered June 22, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Pekelis and Winsor, JJ.

[No. 20301–1–I. Division One. January 23, 1989.]

MYRNA M. IZIDOR, *Respondent*, v. MARY ANN MCIVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84–2–17629–6, Stephen M. Gaddis, J. Pro Tem., entered December 12, 1986. *Affirmed* by unpublished opinion per Revelle, J. Pro Tem., concurred in by Winsor, J., Coleman, C.J., dissenting.

[No. 19961–7–I. Division One. January 23, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN R. SCHULTZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–1–00176–4, Joseph A. Thibodeau, J., entered January 22, 1987. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Williams and Pekelis, JJ.